Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, Mark Twain Roomberg, US Attorney's Office, Midland, TX, for Plaintiff–Appellee.

Spencer W. Dobbs, Odessa, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

Jerry Lewis Dedrick pleaded guilty to aiding and abetting possession with intent

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

to distribute cocaine base of 50 grams or more. Although he argues that the application of the career criminal provision of U.S.S.G. § 4B1.1 violated the terms of his plea agreement with the government, the district court's ruling that the plea bargain precluded only government motions for enhancements is not clearly erroneous. *See United States v. Gibson,* 48 F.3d 876, 878 (5th Cir.1995). Furthermore, Dedrick's argument that the district court erred in calculating the relevant amount of cocaine base is barred by his waiver of the right to direct appeal. *See United States v. Baymon,* 312 F.3d 725, 729–30 (5th Cir.2002). Accordingly, we DISMISS the appeal as to Dedrick's sentencing issue and AFFIRM his conviction.

AFFIRMED IN PART, DISMISSED IN PART.

## Anthony L. GLOVER, Plaintiff– Appellant,

v.

## THE UNITED STATES of America and Department of the Treasury, Internal Revenue Service Defendants–Appellees.

### No. 03–30388.

United States Court of Appeals, Fifth Circuit.

Jan. 26, 2004.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Mark David Plaisance, Baker, LA, for Plaintiff–Appellant.

Constantine D Georges, Assistant US Attorney, US Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Defendants–Appellees.

Before JOLLY, HIGGINBOTHAM, and DEMOSS, Circuit Judges.

PER CURIAM.*

AFFIRMED. See 5th Cir. Rule 47.6.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.